No. 94–5038. STEARMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5044. ALTAMIRANO-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5055. KINDLER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–5090. NUNNEMAKER v. YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–5099. ARDOIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5139. HURLEY v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 94–5206. DAVIS v. GREER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–5208. SCOTT v. UNITED STATES;
No. 94–5277. RODRIGUEZ v. UNITED STATES;
No. 94–5326. SELLERS v. UNITED STATES;
No. 94–5341. DENSON v. UNITED STATES; and
No. 94–5360. GASTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5216. ATKINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5220. BONNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5281. RICHMOND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5316. SLANCO v. EASTWOOD MALL, INC. Sup. Ct. Ohio. Certiorari denied.

No. 94–5337. SCOTT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–5338. CLEMMONS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.